# AIELLO CANNICK
Your rights • Our business

MEMO ENDORSED

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

December 18, 2019

**VIA FACSIMILE – (914) 390-4152 & ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

> Re: **United States v. Edwin Ceballos**
> 7:15-cr-00176-KMK

Dear Judge Karas:

Mr. Ceballos is scheduled to appear before Your Honor on his Violation of Probation on Tuesday, January 7th, 2020 at 11:30 a.m. I will be on trial starting January 7th, 2020 before the Honorable Helen Blackwood in a murder trial. After speaking with your deputy, Dawn, we respectfully request an adjournment to January 28th, 2020 in the early afternoon.

Please know that the Government and the Probation Department consents to our request. Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/mw
cc: AUSA George Turner
AUSA James Ligtenberg
PO Officer Lisa Faro

*[Handwritten endorsement:]* Granted. The conference is moved to 1/28/20 at 3pm.
So Ordered.
KMK
12/23/19