UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

EDWIN CEBALLOS,

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:15-cr-00176-KMK

Defendant EDWIN CEBALLOS hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer

_____
Defendant's Signature (by Deveraux Cannick)

EDWIN CEBALLOS
Print Defendant's Name

_____
Defendant's Counsel's Signature

DEVERAUX CANNICK
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/9/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge