# AIELLO CANNICK
Your rights • Our business

**MEMO ENDORSED**

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

February 8, 2021

**VIA ECF**
Honorable Judge Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  United States v. Edwin Ceballos
     Case No: 7:15-cr-00176-KMK

Dear Honorable Judge Karas:

I represented Edwin Ceballos in the above indictment before Your Honor, pursuant to a CJA appointment. Mr. Ceballos was sentenced on October 19, 2020 to a term of imprisonment of 11 months.

Mr. Ceballos is presently serving his sentence at Orange County Correctional Facility. Mr. Ceballos has contacted me seeking to be released on home confinement for the duration of the crisis or for compassionate release based on his medical issues; he has suffered with severe health conditions and is at high risk of contracting the virus.

In order for me to prepare and pursue an application for compassionate release, I respectfully request that the Court re-appoint me as CJA counsel to represent Mr. Ceballos for this purpose, *nunc pro tunc* to January 15, 2021, which is the date on which Mr. Ceballos first contacted me.

Thank you for your courtesy and consideration.

Granted.
So Ordered.

/s/ K.M.K.
2/8/21

Very truly yours,

Deveraux L. Cannick

DLC/ad